CLAIR A. WOLF #01859849
PACK I UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

11-18-2015
FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

NOV 23 2015

CHRISTOPHER A. PRINE
CLERK

Fourteenth Court of Appeals
Attn: Troy WARD
301 FANNIN, Suite 245
Houston, TX. 77002

MAILED
11/20/15

RE: Court of Appeals Number: 14-13-00416-CR
    Trial Court Case Number: 1354683

Style: CLAIR A. WOLF
       V. The State of Texas

Dear Troy WARD
       Chief Deputy Clerk
    This is in response to your letter dated Nov.
19, 2015 that I just recieved.
   1. You sent it to the wrong address. You have
      to fill out the complete address.
   2. I did not ask for the total price of the
      intire transcript.
   3. I ask for a itiemized brake down of the
      transcript,
   4. There is 539 Exhibits in the Transcript that
      I know of, is all 539 Exhibits in one Volume
      or two Volumes.
   5. I only need sertain parts of the transcript
      not all of it,
   6. Is your department able to put four pages
      to a sheet or Not,
   If you answer these items I will be able to place
my order

                              RespectFully
                              Clair A. Wolf
                              Clair A. WOLF